**LAW OFFICES**
**SHERMAN & HOWARD L.L.C.**
2800 NORTH CENTRAL AVENUE, SUITE 1100
PHOENIX, ARIZONA 85004-1043
TELEPHONE: (602) 240-3000
FAX: (602) 240-6600
(AZ BAR FIRM NO. 00441000)

Arthur W. Pederson (AZ Bar No. 002821)
(APederson@ShermanHoward.com)
Thomas J. Kennedy (AZ Bar No. 006907)
(TKennedy@ShermanHoward.com)
Michael C. Grubbs (AZ Bar No. 024032)
(MGrubbs@ShermanHoward.com)
Attorneys for Respondents Professional Medical Transport, Inc., and Bob Ramsey

David A. Kelly
Sandra L. Lyons (AZ Bar ID 010781)
Mary G. Davidson (AZ Bar ID 021743)
National Labor Relations Board
Region 28
2600 North Central Avenue, Suite 1800
Phoenix, AZ 85004
Telephone: (602) 640-2090
Facsimile: (602) 640-2178
Attorneys for Petitioner

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| National Labor Relations Board,<br><br>Applicant,<br><br>v.<br><br>Professional Medical Transport, Inc.,<br><br>and<br><br>Professional Medical Transport, Inc. and its alter ego American Comtrans Ambulance Service, Inc.<br><br>and<br><br>Bob Ramsey, an individual,<br><br>Respondents. | Case No. MC10-0061-PHX-DGC<br><br>**PMT AND NLRB'S JOINT MATRIX** |

Respondents Professional Medical Transport, Inc. ("PMT") and Bob Ramsey submit this Matrix jointly with the National Labor Relations Board, as required by the

PHOENIX \ 814276.1 \ 087465.002

Court's July 22, 2010 Order. As more fully outlined in the Matrix, attached as Exhibit A, the categories remaining in dispute are: Items No. 2, 6, 8, 10, 11, 12, 14, 15, 18, 19, 24, 27, 33, 38, and 39.

RESPECTFULLY SUBMITTED: August 13, 2010

**SHERMAN & HOWARD L.L.C.**

By /s/ Michael C. Grubbs
   Arthur W. Pederson
   Thomas J. Kennedy
   Michael C. Grubbs
   2800 North Central Avenue, Suite 1100
   Phoenix, Arizona 85004-1043
   Attorneys for Professional Medical Transport,
   Inc., and Bob Ramsey

**NATIONAL LABOR RELATIONS BOARD**

By /s/ Sandra L. Lyons
   David A. Kelly
   Sandra L. Lyons
   Mary G. Davidson
   2600 North Central Avenue, Ste. 1800
   Phoenix, Arizona 85004

I hereby certify that on August 13, 2010, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

By: /s/ Tisha A. Davis