# EXHIBIT A

# EXHIBIT A

| FORM NLRB-501 (2-08) | UNITED STATES OF AMERICA<br>NATIONAL LABOR RELATIONS BOARD<br>**CHARGE AGAINST EMPLOYER** | | FORM EXEMPT UNDER 44 U.S.C 3512 |
|---|---|---|---|
| | | **DO NOT WRITE IN THIS SPACE** | |
| | | Case<br>28-CA-23022 | Date Filed<br>April 30, 2010 |

**INSTRUCTIONS:**
File an original with NLRB Regional Director for the region in which the alleged unfair labor practice occurred or is occurring.

### 1. EMPLOYER AGAINST WHOM CHARGE IS BROUGHT

| a. Name of Employer | b. Tel. No. |
|---|---|
| Professional Medical Transport, Inc., and its alter ego, American ComTrans Ambulance | (480)736-9350 |
| | c. Cell No. ( ) - |
| | f. Fax No. ( ) - |

| d. Address (Street, city, state, and ZIP code) | e. Employer Representative | g. e-Mail |
|---|---|---|
| 1501 West Foutainhead Parkway    Suite650<br><br>Tempe    AZ    85282- | Bob Ramsey<br><br>Owner | h. Number of workers employed<br>100+ |

| i. Type of Establishment (factory, mine, wholesaler, etc.)<br>Ambulance Company | j. Identify principal product or service<br>General Transport of Medical Patients |
|---|---|

k. The above-named employer has engaged in and is engaging in unfair labor practices within the meaning of section 8(a), subsections (1) and *(list subsections)* (3), (5) of the National Labor Relations Act, and these unfair labor practices are practices affecting commerce within the meaning of the Act, or these unfair labor practices are unfair practices affecting commerce within the meaning of the Act and the Postal Reorganization Act.

2. Basis of the Charge *(set forth a clear and concise statement of the facts constituting the alleged unfair labor practices)*

Since on or about October 30, 2009, the above-named Employer has discriminated against employees in regard to hire or tenure of employmnet of any term of condition of employmnet to encourage or discourge membership in the Union by, but not limited to, transferring bargaining unit work to non-unit employees.

Since on or about October 30, 2009, the above-named Employer has refused to bargain collectively with the Union, by, but not lmimted to, transferring bargaining unit work to non-unit employees without notice and an opportunity to bargain with the Union.

3. Full name of party filing charge *(if labor organization, give full name, including local name and number)*
Independent Certified Emergency Professionals of Arizona, No. 1

| 4c. Address (Street and number, city, state, and ZIP code) | 4a. Tel. No. ( ) - |
|---|---|
| 11417 East Decatur Street<br><br>Mesa    AZ    85207- | 4b. Cell No. (480)213-6777 |
| | 4d. Fax No. ( ) - |
| | 4e. e-Mail coachjbar@yahoo.com |

5. Full name of national or international labor organization of which it is an affiliate or constituent unit *(to be filled in when charge is filed by a labor organization)*

### 6. DECLARATION

I declare that I have read the above charge and that the statements are true to the best of my knowledge and belief.

By *(signature of representative or person making charge)*    Ryan Brockhaus, Union Trustee *(Print/type name and title or office, if any)*

Address    Ryan    E.    Brockhaus
3507 West Saint Moritz Lane
Phoenix    AZ    85053-            04/30/2010 *(date)*

| Tel. No. ( ) - |
| Office, if any, Cell No. (480)529-8097 |
| Fax No. ( ) - |
| e-Mail |

**WILLFUL FALSE STATEMENTS ON THIS CHARGE CAN BE PUNISHED BY FINE AND IMPRISONMENT (U.S. CODE, TITLE 18, SECTION 1001)**

**PRIVACY ACT STATEMENT**
Solicitation of the information on this form is authorized by the National Labor Relations Act (NLRA), 29 U.S.C. § 151 *et seq.* The principal use of the information is to assist the National Labor Relations Board (NLRB) in processing unfair labor practice and related proceedings or litigation. The routine uses for the information are fully set forth in the Federal Register, 71 Fed. Reg. 74942-43 (Dec. 13, 2006). The NLRB will further explain these uses upon request. Disclosure of this information to the NLRB is voluntary; however, failure to supply the information will cause the NLRB to decline to invoke its processes.

Exhibit A