## SECOND SUPPLEMENTAL DECLARATION OF JAMES ROEDER

JAMES ROEDER, under penalty of perjury, states as follows:

50. 22,500 hours equates to approximately 10 full-time employees for an entire year.

51. PMT is not sufficiently staffed to pull 10 full-time employees and have them work on the documents for a year.

52. PMT has approximately 300 full time employees, the majority of whom are emergency medical providers, not office personnel. In fact, only three PMT employees would be considered full time administrative personnel.

53. Accordingly, PMT would have to hire and train additional employees simply to respond to the NLRB's request.

54. Such an undertaking would significantly disrupt PMT's normal business operations and place a significant financial burden on PMT.

55. Each lease contains information that is confidential, private, and highly sensitive to PMT's business operations.

56. The confidential information includes the term of the lease, the commencement and termination dates, the base rent, the broker, and the renewal provisions.

57. Disclosure of the leases and other financial documents would cause significant harm to PMT because PMT relies on its bargaining power to maintain a competitive edge in the market.

58. For example, if PMT's competitors were to have access to PMT's leases, they could use the information to compete for the leased premises and compete for PMT's customers with an unfair advantage by knowing PMT's internal operating expenses.

I declare under penalty of perjury that the foregoing is true and accurate to the best of my knowledge and belief.

Executed: August 27, 2010.

_____
JAMES ROEDER