1  Philip R. Wooten (007006)
   PHILIP R. WOOTEN, P.C.
2  3413 East Equestrian Trail
   Phoenix, Arizona 85044-3403
3  (480) 598-4330
   (480) 598-4331 (Fax)
4  Email: philip.wooten@azbar.org
   Attorney for Respondent Comtrans
5  Ambulance Service, Inc.

6  David A. Kelly
   Sandra L. Lyons (AZ Bar ID 010781)
7  Mary G. Davidson (AZ Bar ID 021743)
   National Labor Relations Board
8  Region 28
   2600 North Central Avenue, Suite 1800
9  Phoenix, AZ  85004
10 Telephone:   (602) 640-2090
   Facsimile:   (602) 640-2178
11 Attorneys for Petitioner

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| NATIONAL LABOR RELATIONS BOARD,<br><br>    Applicant,<br><br>    vs.<br><br>PROFESSIONAL MEDICAL TRANSPORT, INC., an Arizona corporation,<br><br>    and<br><br>AMERICAN COMTRANS AMBULANCE SERVICE, INC., an Arizona corporation,<br><br>    and<br><br>BOB RAMSEY, an individual;<br><br>    Respondents. | Case No.: 2:10-mc-00061-DGC<br><br>**SUPPLEMENT TO NOTICE OF FILING OF JOINT MATRIX BETWEEN APPLICANT NATIONAL LABOR RELATIONS BOARD AND RESPONDENT AMERICAN COMTRANS AMBULANCE SERVICE, INC.** |

1

Applicant and Respondent, whose correct name is Comtrans Ambulance Service, Inc. ("Comtrans"), through undersigned counsel, pursuant to this Court's September 8, 2010, Minute Entry, hereby supplement their previous Joint Matrix filing. After counsel conferred further, the items still in dispute are 8, 10, 11, 14, and 25.

Dated: September 8, 2010.

| NATIONAL LABOR RELATIONS BOARD | PHILIP R. WOOTEN, P.C. |
|---|---|
| By /s/ Sandra L. Lyons [with permission]<br>Sandra L. Lyons<br>National Labor Relations Board Region 28<br>2600 N Central Ave Ste 1800<br>Phoenix AZ 85004<br>Attorneys for NLRB | By /s/ Philip R. Wooten<br>Philip R. Wooten<br>3413 East Equestrian Trail<br>Phoenix, Arizona 85044-3403<br>Attorney for Comtrans |

COPIES of the foregoing
mailed September 8, 2010, to:

David A. Kelly, Esq.
Sandra L. Lyons, Esq.
Mary G. Davidson, Esq.
National Labor Relations Board Region 28
2600 N Central Ave Ste 1800
Phoenix AZ 85004
Attorneys for NLRB

Robert J. Deeny, Esq.
Michael C. Grubbs, Esq.
SHERMAN AND HOWARD, LLC
2800 N Central Ave Ste 1100
Phoenix AZ 85004
Attorneys for PMT

Thomas J. Kennedy, Esq.
SHERMAN AND HOWARD, LLC
7047 E Greenway Pkwy Ste 155
Scottsdale AZ 85254
Attorneys for PMT

1  Michael W. Pearson, Esq.
   Daniel S. Riley, Esq.
2  CURRY, PEARSON & WOOTEN, PLC
   814 W Roosevelt
3  Phoenix AZ 85007
4  Attorneys for Comtrans

5  Joshua A. Barkley, President
   Independent Certified Emergency
6  Professionals, Local No. 1
   11417 E Decatur St
7  Mesa AZ 85207

8

9  By /s/ Philip R. Wooten

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

3