# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA
### CIVIL MINUTES - GENERAL

Phoenix Division

MC 10 - 61- PHX - DGC            DATE: 9/9/2010
   Year  Case No  Initials

Title: National Labor Relations Board        vs.  Professional Medical Transport, Inc. et al
         Plaintiff                                        Defendants

================================================================

HON: DAVID G. CAMPBELL            Judge # 7031

Lisa Richter                             Patricia Lyons
Deputy Clerk                             Court Reporter/ECR

**Attorney(s) for Plaintiff(s)**         **Attorney(s) for Defendant(s)**

David Kelly                              Daniel Riley
Sandra Lyons                             Philip Wooten
                                         Michael Grubbs
                                         Thomas Kennedy
                                         Arthur Pederson

================================================================

**PROCEEDINGS:**    XXX  Open Court     ___ Chambers     ___ Other


Hearing held on Motion to Compel (doc. 1).

Argument presented.

Rulings entered as stated on the record.

Separate order to issue.


Time in court: 2 hours, 10 mins.