# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| National Labor Relations Board,<br><br>　　　　Applicant,<br><br>vs.<br><br>Professional Medical Transport, Inc.,<br><br>　　　　and<br><br>Professional Medical Transport, Inc. and its alter ego American Comtrans Ambulance Service, Inc.,<br><br>　　　　and<br><br>Bob Ramsey, an Individual,<br><br>　　　　Respondents. | No. MC10-0061-PHX-DGC<br><br>**ORDER** |

On September 9, 2010, the Court held a hearing on the NLRB's motion to compel compliance with subpoenas (Doc. 1) and the motion of Professional Medical Transport, Inc. (PMT) for a protective order (Doc. 12). Prior to the hearing, the Court required the parties to file briefs on all legal issues and matrices isolating the subpoena requests in dispute. For reasons stated in detail on the record, the Court entered the following orders:

1.　The Court will enforce the subpoena for Bob Ramsey to appear and testify before the NLRB. Such testimony shall be given on a hearing date to be set by the NLRB.

2.　The Court concluded that protections for sensitive and proprietary business information offered by the Administrate Law Judge (ALJ) in the proceeding before the

1  NLRB are sufficient to protect PMT and Comtrans Ambulance Service, Inc. from
2  competitive harm. These protections are described at pages 11, 15, and 58 of Doc. 28-1 and
3  pages 152-155 of Doc. 28-2. Because the Court deems these protections sufficient, PMT's
4  motion for a protective order (Doc. 12) will be **denied**.

5      3.    The Court rejected the argument of Comtrans that it cannot be subjected to a
6  subpoena in this matter because it has not been charged with improper conduct and because
7  it is not an alter ego as a matter of law.

8      4.    The Court entered the following rulings on the numbered items from the
9  NLRB-PMT matrix (Doc. 26-1):

> **Item 2:** The Court enforced this item, but limited it to documents that show the corporate organizational structure of PMT, Comtrans, and their parent StarWest.
>
> **Item 6:** The Court enforced this item with respect to all documents showing the land, buildings, vehicles, or assets (limited to assets with a value in excess of $10,000) owned, leased, or otherwise used by PMT, and any other assets, of whatever value, owned, leased, or used in common by PMT and Comtrans.
>
> **Item 8:** The Court concluded that this item calls for relevant, material information. The Court also concluded that requiring PMT to review 900,000 pages of information would be unduly burdensome. The Court will leave it to the ALJ and the parties to find a reasonable accommodation, which may include random sampling of documents possessed by PMT. This item is enforced with the understanding that the ALJ will find a reasonable accommodation of the parties' competing interests.
>
> **Item 10:** The Court enforced this item with respect to all documents requested other than those that reflect wage rates.
>
> **Item 11:** The Court enforced this item.

    **Item 12:**  The Court enforced this item.

    **Item 14:**  The Court enforced this item with respect to any agreements PMT has with facilities that also have contracts with Comtrans.

    **Item 15:**  The Court enforced this item to the extent it requires PMT to provide a list of supervisors.

    **Item 18:**  The Court enforced this item, but with the clarification that "e-mails" means email addresses used by PMT in its business.

    **Item 19:**  The Court enforced this item.

    **Item 24:**  The Court enforced this item, but limited to PMT, Comtrans, and the emergency medical services business.

    **Item 27:**  The Court enforced this item in the same manner as Item 8.

    **Item 33:**  The Court enforced this item with respect to the insurance policy related to the discharge of Ryan Brockhaus.

    **Item 38:**  The Court enforced this item as to any employees who were terminated by PMT or who resigned in lieu of termination.

    **Item 39:**  The Court enforced this item for the time period of June 1, 2009 through the end of April, 2010.

  5. With respect to the NLRB-Comtrans matrix (Doc. 27), the Court entered the following orders:

    **Item 8:**  The Court enforced this item in the same manner as Item 8 of the NLRB-PMT matrix.

    **Item 10:**  The Court enforced this item in the same manner as Item 10 of the NLRB-PMT matrix.

    **Item 11:**  The Court enforced this item.

    **Item 14:**  The Court enforced this item in the same manner as Item 14 of the NLRB-PMT matrix.

    **Item 25:** The Court will enforce this item in the same way as Item 8 of the NLRB-PMT matrix.

6. The NLRB's application for enforcement of its subpoenas (Doc. 1) is **granted** to the extent set forth above.

7. The Clerk is directed to **terminate** this action.

DATED this 13th day of September, 2010.

_David G. Campbell_
United States District Judge

- 4 -